BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:15-MJ-00047 JLT |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | |
| WILLIAM ALEXANDER CRUZ | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendant have been arrested.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated:  August 27, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney


                                            /s/ Kevin P. Rooney
                                           KEVIN P. ROONEY
                                           Assistant United States Attorney

Motion to Unseal Indictment                 1

1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN P. ROONEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:15-MJ-00047 JLT |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| WILLIAM ALEXANDER CRUZ, | |
| Defendant. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

Dated: **August 27, 2015**          **/s/ Jennifer L. Thurston**
                    UNITED STATES MAGISTRATE JUDGE

Motion to Unseal Indictment                2